# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NEW MEXICO

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DESERT STATE LIFE MANAGEMENT; ) <br> CHRISTOPHER MOYA, in his capacity as ) <br> Receiver for the receivership estate of DESERT ) <br> STATE LIFE MANAGEMENT; PAUL A. ) <br> DONISTHORPE; and CAMERON GRAHAM as ) <br> trustee for ANDREW GRAHAM, JOSEPH ) <br> PEREZ, CHARLES REYNOLDS on behalf J.W., ) <br> VINCENT ESQUIBEL, and ISAAC BLACK on ) <br> behalf of and as trustee for JEFFREY BLACK, on ) <br> behalf of themselves and all others similarly ) <br> situated; ) <br> ) <br> Defendants. ) | No. Civ. 18-981 JCH-SCY |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Cincinnati Insurance Company and the defendants to this action hereby stipulate to the dismissal of this action with prejudice with each party to bear its own fees and costs pursuant to the Settlement Agreement between the parties to this action which was approved by Judge Joshua A. Allison in the August 23, 2021 final approval order entered in *Graham v. Desert State, et al.*, case number 20cv956 in the Second Judicial District.

Submitted this 14 day of October, 2021.

**Plaintiff, The Cincinnati Insurance Company**

By its counsel:

PETERS & NYE LLP

By:   /s/ *Nancy K. Tordai* (Submitted Electronically 10/14/2021)

>Nancy K. Tordai
>(admitted *pro hac vice*/IL Bar No. 6182953)
>Peters & Nye LLP
>14 Executive Court, Suite 2
>South Barrington, IL 60010
>Tel: (847) 423-0353; Fax: (847)381-1693
>nancytordai@petersnye.com
>
>Scott & Kienzle, P.A
>Paul M. Kienzle III, N.M. Bar #7592
>P.O. Box 587
>Albuquerque, NM 87103
>505/246-8600; Fax 505/246-8682
>paul@kienzlelaw.com

**Defendant, Desert State Life Management and Christopher Moya, in his capacity as Receiver for the receivership estate of Desert State Life Management**

By their counsel:

>/s/ *Kevin A. Graham*
>Kevin A. Graham
>COUNSEL FOR CHRISTOPHER MOYA,
>in Defendant Moya's capacity as Receiver for the
>receivership estate for DESERT STATE LIFE
>MANAGEMENT
>New Mexico Regulation and Licensing Department
>PO Box 25101
>Santa Fe, NM 87504
>(505) 476-4562
>Kevin.Graham@state.nm.us
>
>*/s/ Joshua A. Spencer*
>Financial Institutions Division
>2520 Cerrillos Road
>Sante Fe, NM 87505
>(505)476-4692
>JoshuaSpencer2@state.nm.us

**Defendants, CAMERON GRAHAM as trustee for ANDREW GRAHAM, JOSEPH PEREZ, CHARLES REYNOLDS on behalf J.W., VINCENT ESQUIBEL, and ISAAC BLACK on behalf of and as trustee for JEFFREY BLACK, on behalf of themselves and all others similarly situated**

By their counsel:

FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.

*/s/ Frank T. Davis*
Joseph Goldberg
David H. Urias
H. Jesse Jacobus
Frank T. Davis
20 First Plaza, Suite 700
Albuquerque, NM 87102
P: 505-842-9960
F: 505-842-0761
jg@fbdlaw.com
dhu@fbdlaw.com
hjj@fbdlaw.com
ftd@fbdlaw.com

**Defendant, Paul A. Donisthorpe**

By His Counsel:

THE VARGAS LAW FIRM, LLC

*/s/ Ray M. Vargas, II*
Ray M. Vargas
807 Silver Ave., S.W.
Albuquerque, NM 87102
P: 505-242-1670
ray@vargaslawfirmabq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021 I filed the foregoing pleading electronically through the CM/ECF system, causing it to be served by electronic means on all counsel of record.

/s/ *Nancy K. Tordai*
Nancy K. Tordai

3